John S. Murphy v. The District Court of the Eighth Judicial District, and E. B. Goss, Judge.

Opinion filed November 20, 1905.

Application by John S. Murphy for writ of certiorari to the district court of the Eighth Judicial District, and E. B. Goss, judge.

Writ denied.

*W. S. Lauder* and *Palda & Burke,* for plaintiff.

*Green & McGee,* for defendant.

Per Curiam.   This case is identical with and governed by the facts and conclusions announced in the case of Murphy v. District Court, 105 N. W. 728, the opinion in which has just been handed down.   Following that case, the application for the writ must be denied, and the temporary restraining order dissolved; and it is so ordered.